JAJ:AK
F.#2009R01146

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ MAR 1 6 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

TIMOTHY GLASS,
    also known as "T,"

              Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____ 195

(T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii),
1951, 2 and 3551 et seq.)

GARAUFIS, J.

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

       On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

       (Title 18, United States Code, Sections 1951 and 3551 et seq.)

## COUNT TWO
(Hobbs Act Robbery Attempt)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

## COUNT THREE
(Brandishing a Firearm During Crime of Violence)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and

2

intentionally possess said firearm in furtherance of said crimes of violence, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**CR 10 - 195**

**GARAUFIS, J.**

**POHORELSKY, M.J.**

1. Title of Case: **United States v. Timothy Glass**

2. Related Magistrate Docket Number(s): N/A

3. Arrest Date: **N/A**

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   (X) Yes   ( ) No

10. Is there a capital count included in the indictment?   ( ) Yes   (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Ali Kazemi
Assistant United States Attorney
(718) 254-6171