# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

701 Clematis Street
West Palm Beach, Florida 33401
(561) 803-3400

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 12 2010 ★
BROOKLYN OFFICE

## TRANSMITTAL LETTER

**TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT**

**NEW YORK EASTERN DISTRICT COURT ( BROOKLYN)**
**225 CADMAN PLAZA EAST, ROOM 118S**
**BROOKLYN, NY 11201-1818**

FILED by TM D.C.
APR - 7 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**RE:** USA v TIMOTHY GLASS (NGG)
Case No. CR10-195
SD/FL Case No. 10-8085-JMH

**DATE:**

==========================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40
Please find enclosed the following documents:

| | |
|---|---|
| ______ | Original file |
| X | Certified File |
| ______ | Magistrate Proceedings -Original Pleadings |
| | CASH Bond Amount $__________ |

(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

**UNITED STATES DISTRICT COURT**
**CLERK OF COURT c/o Tanya McClendon**
**701 CLEMATIS STREET, ROOM 202**
**WEST PALM BEACH, FLORIDA 33401**

Yours sincerely
By *Tanya McC*
Tanya McClendon, Deputy Clerk

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By *[signature]*
Deputy Clerk
Date 4-7-10

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

FILED by [illegible] D.C.
APR 01 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA CASE # 10-8085-JMH

VS

Timothy Glass PRISONER # 73703004

**********************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI FT. LAUDERDALE (WEST PALM BEACH) FT. PIERCE

**********************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A".*

1) DATE AND TIME OF ARREST: 3/26/10 5:55am

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: 18 USC 1951 Hobbs Act

4) U.S. CITIZEN [✓] YES [ ] NO [ ] UNKNOWN

5) DATE OF BIRTH: -1963

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)

[✓] INDICTMENT CR10-195

[ ] COMPLAINT TO BE FILED/ALREADY FILED

[ ] BENCH WARRANT FOR FAILURE TO APPEAR

[ ] PROBATION VIOLATION WARRANT

[ ] PAROLE VIOLATION WARRANT

ORIGINATING DISTRICT: Eastern District NY

COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

7) AMOUNT OF BOND: ______ WHO SET BOND: ______

8) ARRESTING/PROCESSING AGENT: Shawn Edmonds DATE: 3/26/10

ATF PHONE: 917 572-8304

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-8085-JMH

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIMOTHY GLASS,

Defendant.

_______________________________/

**NOTICE OF ASSIGNMENT**

The above captioned case has been re-assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

s/ Samuel J. Smargon
Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Phone: (561) 833-6288
Fax: (561) 833-0368
Email: *Samuel_Smargon@FD.org*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

**SERVICE LIST**
**UNITED STATES OF AMERICA v. TIMOTHY GLASS**
**Case No. 10-8085-JMH**

Nancy Quinlan
Nancy.quinlan@usdoj.gov
Assistant United States Attorney
500 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone: 561.820.8711
Fax: 561.820.8777
Attorney for Plaintiff

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-8085-JMH

UNITED STATES OF AMERICA,
Plaintiff,

v.

TIMOTHY GLASS,
Defendant.
_______________________________/

FILED by [illegible] D.C.
MAR 26 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WARRANT OF REMOVAL**

A(n) ______ Complaint
__x__ Indictment
______ Information
______ Probation Violation Warrant
______ Supervised Release Violation Warrant
______ Bench Warrant
______ Violation of Bond

having been filed in the EASTERN DISTRICT OF NEW YORK Charging the above named defendant with 18:1951, and the defendant having

__X__ been arrested
______ surrendered

in the Southern District of Florida, having had an initial appearance before the Court and having:

__X__ waived further hearing
______ been given a hearing in accordance with **Fed.R.Crim.P.** 40.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 26th day of March, 2010.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense
Pretrial Services
US Probation
U.S. Marshal (2 certified copies)

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

AO 466 (Rev. 8/01) Waiver of Rule 40 Hearings

FILED by [initials] D.C.
MAR 2 6 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court

Southern DISTRICT OF Florida

UNITED STATES OF AMERICA

v.

Timothy Glass
Defendant

## WAIVER OF RULE 40 HEARINGS
(All Criminal Cases)

JUDGE:

CASE NUMBER:

I understand that charges are pending in the Eastern District of New York

alleging violation of 18:1951 (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[ ] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

] **PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4) a hearing under Rule 46 (c), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

x [signature: Timothy Glass]
*Defendant*

3/26/10.
*Date*

[signature]
*Defense Counsel*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk
U.S. District Court
Southern District of Florida
By [signature] Deputy Clerk
Date 4-7-10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-8085-JMH**

UNITED STATES OF AMERICA

Plaintiff,

v.

TIMOTHY GLASS,
Defendant.
______________________________/

FILED by [signature] D.C.
MAR 26 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER ON INITIAL APPEARANCE**

AUSA Janice LeClainche
Agent ATF SA Sara Connor

Language English
Tape No. JMH-10-19-2622
DAR:10:14:55

The above-named defendant having been **arrested** on 3/26/10 having appeared before the court for initial appearance **on** **3/26/2010** and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. ____________ appeared as permanent counsel of record.
   Address: ____________
   Zip Code: ____________ Telephone: ____________
2. **Federal Public Defender** appointed as permanent counsel of record.
   Address: ____________
   Zip Code: ________ Telephone: 561-833-6288
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on __________, 2010.

4. ____________ hearing is set for ____________,2010.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because **defendant ordered removed back to the EDNY**.
   **A Detention Hearing,** pursuant to 18 U.S.C. Section 3142(f), is set for__________ 2010.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

   ____________________________________________

   ____________________________________________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__a. Surrender all passports and travel document to the Pretrial Services Office; .
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: ____________________
_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
_d. Maintain or actively seek full time gainful employment/education.
_e. Maintain or begin an educational program.
_f. Avoid all contact with victims of or witnesses to the crimes charged.
_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: ____________________
_ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:
____________________
____________________

This bond was set: At Arrest ____________
On Warrant ____________
After Hearing ____________

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ________
____________________
____________________
____________________

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida this 26th day of March, 2010.

[signature]
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS** DATE: 3/26/2010 TIME: 10:00 AM

DEFT: TIMOTHY GLASS (J) ✓ CASE NO: 10-8085-JMH

AUSA: ~~SHANIEK MAYNARD~~ Nancy Quinlan ATTY: FPD

AGENT: ATF SA SARA CONNOR VIOL: Removal to the Eastern District of New York

PROCEEDING: INITIAL HEARING ON REMOVAL ✓ BOND RECOMMENDATION: PTD (REQUESTED BY GOVT.)

BOND/PTD HEARING HELD - yes / (no) LANGUAGE: ENGLISH

BOND SET @ PRISONER NO.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ________ x's a week/month by phone; ________ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ________
- ☐ Home Confinement/Electronic Monitoring/Curfew ______ paid by ________.
- ☐ Other________

Disposition: Deft present / sworn Deft Advised of Charges & Rights Deft questioned regarding appointment of Counsel. Deft found to be Indigent FPD appointed Govt Request 3 Days Deft waives Identity & Bond. No Bond Hearing Held Court orders the Deft removed

FILED by [signature] D.C.
MAR 2[illegible] 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT RE COUNSEL: ________

PTD/BOND HEARING: ________

PRELIM/ARRAIGN. OR REMOVAL: ________

STATUS CONFERENCE: ________

TAPE No. JMH 10- 19 Begin: 2622 TIME IN COURT: 5 mins

DAR: 10:14:55

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

FILED by FM D.C.

MAR 2 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 1 6 2010 ★

BROOKLYN OFFICE

10-8085-JMH

JAJ:AK
F.#2009R01146

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

TIMOTHY GLASS,
also known as "T,"

Defendant.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

CR 10 - 195
Cr. No. ____________
(T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii),
1951, 2 and 3551 et seq.)

GARAUFIS, J.

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-7-10

COUNT TWO
(Hobbs Act Robbery Attempt)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

COUNT THREE
(Brandishing a Firearm During Crime of Violence)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and

intentionally possess said firearm in furtherance of said crimes of violence, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R01146

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Timothy Glass, also known as "T,"*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 1951, 2 and 3551 et seq.)

*A true bill.*

_________________________ *Foreman*

*Filed in open court this* ____________ *day,*

*of* ____________ *A.D. 20* ____

_________________________ *Clerk*

*Bail, $* ____________

*Ali Kazemi, Assistant United States Attorney, (718) 254-6171*

FILED by FM D.C.
MAR 26 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

10-8085-JMH

UNITED STATES OF AMERICA

v.

Timothy Glass, also known as "T,"

DEFENDANT.

## WARRANT FOR ARREST

CR 10 - 195

CASE NUMBER:

TO: ATF Special Agent Shawn Edmonds, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest Timothy Glass, also known as "T"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Hobbs Act Robbery Conspiracy

In violation of Title 18 United States Code, Section(s) 1951

The Honorable Andrew L. Carter
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 16, 2010, Brooklyn, New York
Date and Location

Bail fixed at $ ______________ By ______________

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ______________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CRIMINAL DOCKET FOR CASE #: 9:10-mj-08085-JMH All Defendants**
**Internal Use Only**

Case title: USA v. Glass

Date Filed: 03/26/2010
Date Terminated: 03/26/2010

---

Assigned to: Magistrate Judge James M. Hopkins

**Defendant (1)**

**Timothy Glass**
73703-004
*YOB: 1963*
*TERMINATED: 03/26/2010*
*also known as*
T
*TERMINATED: 03/26/2010*

represented by **Samuel J. Smargon**
Federal Public Defender's Office
450 S Australian Avenue
Suite 500
West Palm Beach, FL 33401
561-833-6288
Fax: 561-833-0368
Email: samuel_smargon@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Noticing FPD-WPB**
Email: wpb_ecf@fd.org
*TERMINATED: 03/29/2010*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts** — **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** — **Disposition**

None

**Highest Offense Level (Terminated)**

None

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature] Deputy Clerk
Date 4-7-10

**Complaints**

REMOVAL TO EDNY

**Disposition**

**Plaintiff**

**USA**

represented by **Nancy Vorpe Quinlan**

United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 820-8777
Email: nancy.quinlan@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2010 | 1 | Magistrate Removal of Indictment from the Eastern District of New York as to Timothy Glass Case number in the other District CR 10-195 as to Timothy Glass. (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge James M. Hopkins: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Timothy Glass held on 3/26/2010. Defendant waives identity and bond hearing. Court orders the defendant removed. (Digital 10:14:55) (Tape #JMH-10-19-2622) (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 3 | Order on Initial Appearance as to Timothy Glass for proceeding held on 3/26/2010 Attorney Noticing FPD-WPB for Timothy Glass added for the defendant. Tape #JMH-10-19-2622 (Digital 10:14:55). Signed by Magistrate Judge James M. Hopkins on 3/26/2010. (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 4 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Timothy Glass (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 5 | WARRANT of Removal Issued by Magistrate Judge James M. Hopkins on 3/26/2010 to the Eastern District of New York as to Timothy Glass. (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | | Arrest of Timothy Glass (kza) (Entered: 04/01/2010) |
| 03/29/2010 | 6 | Notice of Assignment of Assistant Federal Public Defender as to Timothy Glass. Attorney Samuel J. Smargon added. Attorney Noticing FPD-WPB terminated. (Smargon, Samuel) (Entered: 03/29/2010) |
| 04/01/2010 | 7 | Report Commencing Criminal Action as to Timothy Glass - YOB: **/**/1963 Prisoner #: 73703-004 (kza) (Entered: 04/01/2010) |
| 04/07/2010 | 8 | Transmittal Letter as to Timothy Glass sent to the Eastern District of New York (Brooklyn) with certified copy of all documents in court file and certified copy of the docket sheet. (tmn) (Entered: 04/07/2010) |