AK
F.#2009R01146

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

TIMOTHY GLASS,
    also known as "T,"

        Defendant.

- - - - - - - - - - - - - - - - -X

<u>UNSEALING ORDER</u>

10-CR-195 (NGG)

        Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney ALI KAZEMI, it is hereby

        ORDERED that the Indictment in the above-captioned case be unsealed forthwith.

Dated:    Brooklyn, New York
           April __, 2010

                                      s/Ramon E. Reyes, Jr.
                                      HONORABLE MARILYN D. GO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK