## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE  Ramon Reyes Jr.          DATE: 4/22/10

DOCKET NUMBER  10 CR 195 (NGG)     LOG #: 11:15 - 11:19

DEFENDANT'S NAME: Timothy Glass
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: Robert LaRusso
   ___ Federal Defender    ✓ CJA    ✓ Retained

A.U.S.A: Ali Kazemi          DEPUTY CLERK: K. DiLorenzo

INTERPRETER: _____ (Language)

___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on ___ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by ___

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type ___   Start ___   Stop ___

✓ Order of Speedy Trial entered.   Code Type ___   Start 4/22/10   Stop 5/13/10

✓ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

✓ Attorney Appointment of ___ FEDERAL DEFENDER  ✓ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

✓ Status conference set for 5/13 @ 11aM before Judge Garaufis

OTHERS: ___