JAJ:AK
F.#2009R01146

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 04 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

TIMOTHY GLASS,
   also known as "T,"

           Defendant.

- - - - - - - - - - - - - - - - -X

SUPERSEDING
INDICTMENT

Cr. No. 10-195 (S-1) (NGG)
(T. 18, U.S.C.,
§§ 922(g)(1), 924(a)(2),
924(c)(1)(A)(i),
924(c)(1)(A)(ii),
1951, 2 and 3551 et seq.)

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

## COUNT TWO
(Hobbs Act Robbery Attempt)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

## COUNT THREE
(Brandishing a Firearm During Crime of Violence)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and intentionally possess said firearm in furtherance of said crimes of violence, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

## COUNT FOUR
(Felon-in-Possession of a Firearm)

On or about February 8, 2010, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce one or more firearms, to wit: a Lorcin .25 caliber pistol, a Rossi Interarms .38 Special revolver and a Mossberg 500 AT pump action shotgun, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2009R01146

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

Timothy Glass, also known as "T,"

Defendant.

## SUPERSEDING INDICTMENT (S-1)

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 1951, 2 and 3551 et seq.)

A *true bill.*

_____
 Foreman

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
 *Clerk*

*Bail, $* _____

*Ali Kazemi, Assistant United States Attorney, (718) 254-6171*