INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Timothy Glass**

2. Related Magistrate Docket Number(s): N/A
   None ( XX )

3. Arrest Date: May 26, 2010

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

6. Projected Length of Trial:  Less than 6 weeks  (X)
   More than 6 weeks  ( )

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?  ( ) Yes  (X) No

9. Have arrest warrants been ordered?  ( ) Yes  (X) No

10. Is there a capital count included in the indictment?  ( ) Yes  (X) No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 04 2010 ★
BROOKLYN OFFICE

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Ali Kazemi
Assistant United States Attorney
(718) 254-6171