**DOCKET NUMBER**: CR 10-195  (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: MAY 13, 2010   **TIME IN COURT** ___ HRS  30  MINS
@ 12:00 PM

**1. DEFENDANT**: TIMOTHY GLASS

Present X   Not Present         Custody X     Not Custody

**DEFENSE COUNSEL**: ROBERT LARUSSO

Federal Defender         CJA   X                   RETAINED

**2. DEFENDANT**:

PRESENT /

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

PRESENT

**DEFENSE COUNSEL**:

**A.U.S.A.**: ALI KAZEMI

**COURT REPORTER OR ESR OPERATOR**: LISA SCHMID

**INTERPRETER:   LANGUAGE:**

| | | | |
|---|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Bail Application | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| X | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ Voir Dire Held | ☐ Jury selection   ☐ Jury trial |
| ☐ | Jury Trial Death Penalty | ☐ Sentence enhancement Phase | ☐ Bench Trial Begun |

Speedy Trial Start: 5/13/10   Speedy Trial Stop: 5/28/10   CODE TYPE: XT

Do these minutes contain ruling(s) on motion(s)?         YES                    NO    X

The defendant is arraigned and pleads not guilty to the charges contained in the Superseding Indictment (S-I). Next s/c is scheduled for May 28, 2010 at 2:00PM.