**DOCKET NUMBER**: CR 10-195  (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____   Docket Clerk Initials:_____

**BEFORE JUDGE**: GARAUFIS  **DATE**: JUNE 1, 2010   **TIME IN COURT** __ HRS  30  MINS
@ 10:00 AM

**1. DEFENDANT**: TIMOTHY GLASS

Present X   Not Present        Custody  X    Not Custody

**DEFENSE COUNSEL**: ROBERT LARUSSO

 X  Federal Defender         CJA    X              RETAINED

**2. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**3. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**A.U.S.A.**: ALI KAZEMI

**COURT REPORTER OR ESR OPERATOR**: Marsha Diamond

**INTERPRETER:   LANGUAGE:**

| | | |
|---|---|---|
| ☐ Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ Bail Application | ☐ | Sentencing on a violation |
| ☐ Pre Trial Conference | ☐ | Motion Hearing |
| ☐ Violation | ☐ | Hearing |
| X Status Conference | ☐ | Sentencing |
| ☐ Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ Voir Dire Begun   ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start:** 6/1/10  **Speedy Trial Stop:** 7/30/10  **CODE TYPE:** XT

**Do these minutes contain ruling(s) on motion(s)?**   YES ___    NO  X

S/C held; Next S/c is scheduled for July 30, 2010 at 11:30 AM.