*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

*FILED ECF*

July 30, 2010

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Timothy Glass
         Criminal Docket No. 10 CR 195(NGG)

Dear Judge Garaufis:

    Please accept this letter consenting to an adjournment of the above-captioned case from Friday July 30, 2010, until August 17, 2010, at 10:00 a.m., and waiving our speedy trial rights. We need additional time to complete our plea discussions with the government regarding a disposition of the matter.

    Thank you very much for your consideration of our application.

                               Respectfully submitted,


                               Robert P. LaRusso

cc:  Ali Kazemi, Esq.
     Assistant U.S. Attorney
     Eastern District of New York
     271 Cadman Plaza East
     Brooklyn, New York 11201