*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*

Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

September 21, 2010

ECF

Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   United States v. Timothy Glass
            Criminal Docket No. 10-195(NGG)

Dear Judge Garaufis:

    Please accept this letter application requesting an adjournment of the defendant Timothy Glass ("Glass") court appearance presently scheduled for September 24, 2010, at 9:30 a.m., until October 15, 2010, at 2:30 p.m.

    Over the last several weeks, we have been reviewing material in reference to the above-captioned case and engaging in potential plea discussions with the United States Attorney's Office. To further our evidentiary review and assist us in evaluating any potential plea offer, we are respectfully requesting that Mr. Glass's sentence be adjourned until October 15, 2010, at 2:30 p.m.

    I have spoken with Mr. Glass who is aware of and consents to this application, and, as such, we hereby waive speedy trial for the above reasons from September 24, 2010, until October 15, 2010.

    I have contacted Assistant U.S. Attorney Burton Ryan, and he has no objection to our application.

  Thank you very much for your consideration of this application.

              Respectfully submitted,

              _____
              Robert P. LaRusso

cc: Burton T. Ryan, Esq.
   Assistant U.S. Attorney
   Eastern District of New York
   610 Federal Plaza
   Central Islip, New York 11722