*LARUSSO & CONWAY, LLP*
*ATTORNEYS AT LAW*
*300 OLD COUNTRY ROAD*
*SUITE 341*
*MINEOLA, NEW YORK 11501*
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

January 14, 2013

Electronically Filed

Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Timothy Glass
           Criminal Docket No. 10-195(NGG)

Dear Judge Garaufis:

    Please accept this letter application requesting an adjournment of the defendant Timothy Glass ("Glass") court appearance presently scheduled for January 18, 2013, until March 28, 2013 at 11:30 a.m.

    I have contacted Assistant U.S. Attorney Burton Ryan, and he has no objection to our application.

    Thank you very much for your consideration of this application.

Respectfully submitted,

Robert P. LaRusso

cc:  Burton T. Ryan, Esq.
     Assistant U.S. Attorney
     Eastern District of New York
     610 Federal Plaza
     Central Islip, New York 11722
     (via ecf)