# LaRusso & Conway, LLP

300 Old Country Road
Suite 341
Mineola, NY 11501
Tel: (516) 248-3520 • Fax: (516) 248-3522

February 22, 2013

Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Timothy Glass
> Criminal Docket No. 10-195 (NGG)

Dear Judge Garaufis:

Please accept this letter requesting permission to file interim CJA vouchers for legal services rendered in the above-captioned matter.

Thank you very much for your anticipated consideration in this matter, and respectfully ask that the court "So Order" this application.

Respectfully submitted,

Robert P. LaRusso

So Ordered:
Dated:          February ____, 2013
                Brooklyn, New York